UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARC-ANTONIE COOPER,

      Plaintiff,

v.                                                Case No: 6:21-cv-1792-RBD-EJK

THE CITY OF DELTONA, a Florida
municipality,

      Defendant.

_____

**ORDER OF DISMISSAL**

The parties have filed a stipulation of dismissal (Doc. 21). The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**. All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 20, 2022.



ROY B. DALTON JR.
United States District Judge